**SIGNED THIS 29th day of January, 2024**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re                                                          **Chapter 13**
**PAUL HERBERT RAWLING**                                       **Case No 22-60392**

        **Debtor**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) on 12/13/2023, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**Part 5.1 of the Plan is amended to clarify that the chapter 7 test figure is $3,907.**

**The Plan must yield 100% to all allowed unsecured claims pursuant to 11 U.S.C. §1325(b)(1)(B) [Disposable Income], and if such claims are higher than expected the Debtors shall amend their plan to provide 100% to allowed unsecured claims. Nothing herein, however, waives the Debtor(s) right to seek entry of an order from the Court approving the post-confirmation modification of the plan, as appropriate, under 11 U.S.C. 1329.**

**Part 2 of the Plan is amended as follows: Funds received are $11,505.08 as of January 8, 2024, followed by payments of $500 monthly for 5 months, beginning February 8, 2024, and then $3,391 monthly for 34 months. The total of plan payments is $129,299.08.**
**Trustee withdraws Motion to Dismiss.**

***End of Order***

/s/ ANGELA M. SCOLFORO

Angela M. Scolforo, Chapter 13 Trustee
VSB# 42574
P. O. Box 2103
Charlottesville, VA  22902
Tel: (434) 817-9913
Email: ch13staff@cvillech13.net

**SEEN AND AGREED**

/s/  John Paul Goetz
JOHN P. GOETZ, ESQ.
Counsel for the Debtor(s)

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.